# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GRIMES,<br><br>            Plaintiff,<br><br>     vs.<br><br>BITER, et al.,<br><br>            Defendants. | ) 1:13cv00393 DLB PC<br>)<br>)<br>) ORDER DENYING PLAINTIFF'S MOTION<br>) FOR RECONSIDERATION<br>)<br>) (Document 22)<br>)<br>)<br>) |

Plaintiff Joseph Grimes ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on March 18, 2013.[1] Pursuant to Court order, Plaintiff filed a First Amended Complaint ("FAC") on December 2, 2013. Plaintiff filed a Second Amended Complaint ("SAC") as of right on March 13, 2014. On August 13, 2014, the Court screened Plaintiff's SAC and dismissed it without leave to amend for failure to state a claim.

On August 25, 2014, Plaintiff filed a motion to alter or amend the judgment pursuant to Federal Rule of Civil Procedure 59(e).

The Court denied the motion on September 2, 2014.

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on June 3, 2013.

1

On September 5, 2014, Plaintiff filed a motion for reconsideration of the dismissal order setting forth the same arguments.  At the time Plaintiff signed the motion, he did not have the benefit of the Court's first ruling.

Accordingly, Plaintiff's motion is DENIED AS MOOT in light of the Court's September 9, 2014, order.

IT IS SO ORDERED.

Dated:   **September 10, 2014**                        /s/ Dennis L. Beck
                                                                            UNITED STATES MAGISTRATE JUDGE