# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GRIMES, | ) 1:13cv00393 DLB PC |
| Plaintiff, | ) ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL AS MOOT |
| vs. | |
| BITER, et al., | ) (Document 28) |
| Defendants. | |

    Plaintiff Joseph Grimes ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on March 18, 2013.[1] On August 13, 2014, the Court screened Plaintiff's SAC and dismissed it without leave to amend for failure to state a claim. The Court also entered judgment on April 13, 2014.

    On October 9, 2014, Plaintiff filed a notice of appeal and an application to proceed in forma pauperis on appeal. Plaintiff was proceeding in forma pauperis in this Court and

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on June 3, 2013.

1

therefore, his motion for leave to proceed in forma pauperis on appeal is HEREBY ORDERED DENIED as moot.  Fed. R. App. P. 24(a)(3).

IT IS SO ORDERED.

    Dated:   **October 14, 2014**                                  /s/ *Dennis L. Beck*
                                                                                  UNITED STATES MAGISTRATE JUDGE