# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GRIMES, | ) 1:13cv00393 DLB PC |
| | ) |
| Plaintiff, | ) ORDER DENYING PLAINTIFF'S MOTION |
| | ) FOR RECONSIDERATION AS MOOT |
| vs. | ) |
| | ) (Document 32) |
| BITER, et al., | ) |
| | ) |
| Defendants. | ) |

Plaintiff Joseph Grimes ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on March 18, 2013.[1]  Pursuant to Court order, Plaintiff filed a First Amended Complaint ("FAC") on December 2, 2013.  Plaintiff filed a Second Amended Complaint ("SAC") as of right on March 13, 2014.  On August 13, 2014, the Court screened Plaintiff's SAC and dismissed it without leave to amend for failure to state a claim.

On October 9, 2014, Plaintiff filed a notice of appeal.

On October 14, 2014, Plaintiff filed a motion for reconsideration of the Court's order denying his request to proceed in forma pauperis as moot.

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on June 3, 2013.

1    The Court has recently determined that Plaintiff's in forma pauperis status on appeal

2  should continue.  Accordingly, his motion for reconsideration is DENIED AS MOOT.

3

4  IT IS SO ORDERED.

5

   Dated:    **October 15, 2014**                    /s/ *Dennis L. Beck*

6                                           UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28