# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GRIMES,<br><br>              Plaintiff,<br><br>       vs.<br><br>BITER, et al.,<br><br>              Defendants. | ) 1:13cv00393 DLB PC<br>)<br>)<br>) ORDER DENYING PLAINTIFF'S<br>) MOTION FOR COUNSEL<br>)<br>) (Document 37)<br>)<br>)<br>) |

Plaintiff Joseph Grimes ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on March 18, 2013.[1]  Pursuant to Court order, Plaintiff filed a First Amended Complaint ("FAC") on December 2, 2013.  Plaintiff filed a Second Amended Complaint ("SAC") as of right on March 13, 2014.  On August 13, 2014, the Court screened Plaintiff's SAC and dismissed it without leave to amend for failure to state a claim.

On October 9, 2014, Plaintiff filed a notice of appeal.

///

///

///

///

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on June 3, 2013.

1

On October 20, 2014, Plaintiff filed a motion for the appointment of counsel.  As the instant case is closed and the Court no longer has jurisdiction because of Plaintiff's appeal, Plaintiff's motion is DENIED.  *Pyrodyne Corp. v. Pyrotronics Corp.*, 847 F.2d 1398, 1403 (9th Cir. 1988).

IT IS SO ORDERED.

Dated:   **October 23, 2014**                              /s/ *Dennis L. Beck*
                                                                           UNITED STATES MAGISTRATE JUDGE