# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GRIMES,<br><br>    Plaintiff,<br><br>  vs.<br><br>BITER, et al.,<br><br>    Defendants. | 1:13cv00393 DLB PC<br><br>ORDER DENYING PLAINTIFF'S<br>MOTION FOR RECONSIDERATION<br><br>(Document 39) |

Plaintiff Joseph Grimes ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on March 18, 2013.[1]  Pursuant to Court order, Plaintiff filed a First Amended Complaint ("FAC") on December 2, 2013.  Plaintiff filed a Second Amended Complaint ("SAC") as of right on March 13, 2014.  On August 13, 2014, the Court screened Plaintiff's SAC and dismissed it without leave to amend for failure to state a claim.

On October 9, 2014, Plaintiff filed a notice of appeal.

After his notice of appeal, Plaintiff filed a motion for the appointment of counsel.  On October 23, 2014, the Court denied the motion because it no longer had jurisdiction over this action.

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on June 3, 2013.

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

On October 30, 2014, Plaintiff filed a motion for reconsideration of the Court's denial.

Plaintiff has filed numerous motions in this Court, including motions for reconsideration, since the entry of judgment and his notice of appeal.  While certain post-judgment motions are permitted, Plaintiff has gone beyond what is allowed and continues to file motions in a closed action.  None of Plaintiff's motions have merit.

Accordingly, Plaintiff's motion for reconsideration is DENIED.  Plaintiff is *again* advised that this action is closed and an appeal is pending.  This Court no longer has jurisdiction over this action, and future filings will not be accepted.  Pyrodyne Corp. v. Pyrotronics Corp., 847 F.2d 1398, 1403 (9th Cir. 1988).

IT IS SO ORDERED.

   Dated:   **November 6, 2014**                    /s/ *Dennis L. Beck*
                                                                            UNITED STATES MAGISTRATE JUDGE