# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GRIMES,<br><br>         Plaintiff,<br><br>    vs.<br><br>BITER, et al.,<br><br>         Defendants. | 1:13cv00393 DLB PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXCERPTS OF RECORD AND DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF COPIES AND SERVE ORDER ON NINTH CIRCUIT<br><br>(Document 41) |

Plaintiff Joseph Grimes ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on March 18, 2013.[1]  The Court dismissed his Second Amended Complaint, without leave to amend, on August 13, 2014.  Plaintiff filed a notice of appeal on October 9, 2014.

Pursuant to Circuit Rule 30-3, prisoners proceeding pro se are entitled to excerpts of record upon request to the district court, and Plaintiff filed a motion seeking excerpts of the record on December 22, 2014.

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on June 3, 2013.

1

Accordingly, pursuant to Circuit Rules 30-3 and 17-1.4, it is HEREBY ORDERED that:

1. Plaintiff's motion for excerpts of record, filed on December 22, 2014, is GRANTED;

2. The Clerk's Office shall provide Plaintiff with a copy of the docket and copies of the following docket numbers: 1, 8, 11, 17, 18, 21, 23, 34 and 40;

3. The Clerk's Office shall serve a courtesy copy of this order on the Ninth Circuit.

IT IS SO ORDERED.

Dated:   **December 23, 2014**                           /s/ *Dennis L. Beck*
                                                    UNITED STATES MAGISTRATE JUDGE